UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JERRIANCE LEMAR SIMPSON,

                         Plaintiff,                      6:25-cv-1389
                                                     (ECC/DJS)

v.

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.

**Hon. Elizabeth C. Coombe, United States District Judge:**

## ORDER

    The request by the parties for an order to remand pursuant to Sentence 4 of 42 U.S.C.

§ 405(g), Dkt. No. 12, is **GRANTED**; and it is further

    **ORDERED** that the final decision of the Commissioner is **REVERSED** and the matter is

**REMANDED** to the Defendant so that further administrative action may be taken including that

a new hearing will be offered and a new decision with be issued, and is further

    **ORDERED** that this matter is **DISMISSED** consistent with *Melkonyan v. Sullivan*, 501

U.S. 89 (1991).

Dated: May 12, 2026

_____
Elizabeth C. Coombe
U.S. District Judge